564 A.2d 160

Anthony J. VERDI and Judith M. Verdi, Administrators of the Estate of Allison Marie Verdi, Deceased, and Anthony J. Verdi and Judith M. Verdi, husband and wife, Appellants,

v.

MAGEE–WOMENS HOSPITAL, a Pennsylvania non-profit corporation; University Health Center of Pittsburgh, a Pennsylvania non-profit corporation; Eberhard Mueller–Heubach, M.D.; Debra Rubinstein, M.D.; Lyndon Michael Hill, M.D., Richard B. Councell, M.D.; North Hills Passavant Hospital, a Pennsylvania non-profit corporation; and Vasanti Majmudar, M.D.

Supreme Court of Pennsylvania.

Argued Sept. 28, 1989.

Decided Oct. 6, 1989.

Thomas J. Dempsey, Robert L. Federline, Pittsburgh, for appellants.

Wilbur McCoy Otto and Bonnie P. Webster, Ingrid M. Lundberg, Dickie, McCamey & Chilcote, Pittsburgh, for University Health Center, Eberhard Mueller–Heubach, M.D.

James R. Hartline, L. Jane Charlton, Thomson, Rhodes & Cowie, Pittsburgh, for Magee–Womens Hosp., Debra Rubinstein, M.D., and Richard B. Councell, M.D.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.